**Order entered August 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00629-CV

## IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER

Before the Court is appellant's August 15, 2018 amended motion to abate the appeal. Appellant seeks the abatement because the trial court has not filed findings of fact and conclusions of law despite a proper request under the rules of civil procedure. Appellant also asks the Court to provide the parties with additional time to seek additional and/or amended findings once the trial court has filed its findings and to set a deadline by which the trial court must file any such additional or amended findings. We **GRANT** the motion as follows.

We **ORDER** the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court, to make findings of fact and conclusions of law in accordance with Texas Family Code section 153.258(a) and Texas Rule of Civil Procedure 297 no later than September 4, 2018. The findings of fact and conclusions of law shall be filed in a supplemental clerk's record with this Court no later than September 7, 2018. We further **ORDER** any request for specified additional or amended findings or conclusions be made by September 12, 2018 and any additional or

amended findings and conclusions be filed by September 18, 2018. Any additional or amended findings and conclusions shall be filed in a supplemental clerk's record with this Court no later than September 21, 2018.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Lopez, Dallas County District Clerk Felicia Pitre, and all counsel of record.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal will be reinstated no later than September 27, 2018.

/s/     DAVID EVANS
         JUSTICE